**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 16 2013

UNITED STATES OF AMERICA

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

**CRIMINAL COMPLAINT**

RAUL PINA-RUIZ

Case Number:  13-2100 BPG

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about <u>4/6/2010,</u> in <u>Columbia, Maryland,</u> in the District of Maryland, defendant RAUL PINA-RUIZ did knowingly, willfully, and unlawfully move and travel in interstate commerce from the State of Maryland to avoid custody and confinement for the crime of EXTORTION, a felony within the State of Maryland, in violation of Title <u>18</u> United States Code, Section <u>1073</u> .

I further state that I am a <u>Special Agent of the FBI,</u> and that this complaint is based on the following facts:

SEE AFFIDAVIT WHICH IS ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE

Sung Kim, Special Agent
Federal Bureau of Investigation
Violent Crimes Task Force

Sworn to before me and subscribed in my presence,
this _57th_ day of September, 2013, at Baltimore, Maryland

United States Magistrate Judge



## THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

### AFFIDAVIT

I, Sung Kim, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI for approximately five years, and am currently assigned to the Baltimore Violent Crimes Task Force.  Among my responsibilities are the investigation, apprehension, and arrest of Violent Crime Offenders and Fugitives.  This affidavit is in support of a criminal complaint and arrest warrant charging Raul Pina-Ruiz, date of birth, October 11, 1961, with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant.  This affidavit does not purport to set forth all my knowledge or all investigation information in this matter.  The facts set forth in this affidavit are based upon information obtained from investigative reports, interviews, and debriefings with other law enforcement officers and witnesses.  The facts set forth in this affidavit are also based upon my participation in this investigation, including my personal knowledge, observations, training, and experience.

3. On February 17, 2010, Raul Pina-Ruiz, was arrested by the Howard County Police Department for felony extortion.  Pina-Ruiz claimed he was associated with the "Zetas," a Mexican drug cartel.  The defendant told the victim that if he (the victim) did not pay him (Pina-Ruiz), he (Pina-Ruiz) would have the victim's family in Mexico killed.

4. On March 31, 2010, Pina-Ruiz was indicted for felony extortion.

5. On April 6, 2010, the Howard County Police Department was notified by the victim that Pina-Ruiz had removed his tracking device and fled to Mexico.  The victim advised that his brother and mother who are from the same town as Pina-Ruiz saw him in Guanajato, Mexico.  Pina-Ruiz violated the conditions of his bail by failing to notify the court while traveling out of state.  On April 7, 2010, a bench warrant was issued by the Circuit Court for Howard County, Maryland for his failure to appear for his felony extortion charge.  On July 15, 2013, the victim notified the FBI Baltimore that Pina-Ruiz is continuing to make threats against the victim and the victim's family members in Mexico.

6. On August 26, 2013, the Office of the State's Attorney for Howard County, Maryland, and the Howard County Police Department requested FBI assistance, pursuant to Title 18, United States Code, Section 1073, Unlawful

Flight to Avoid Prosecution, to locate and apprehend Pina-Ruiz.   Assistant
State's Attorney Kim Oldham of the Office of the State's Attorney for Howard
County, Maryland states her office will extradite Pina-Ruiz from wherever
he is located.

7.   Based upon the foregoing facts and circumstances, your affiant
submits that there is probable cause to believe that the individual known
as Raul Pina-Ruiz has fled the state of Maryland, in violation of Title 18,
United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.


Sung Kim, Special Agent
Federal Bureau of Investigation
Violent Crimes Task Force


Subscribed and sworn before me on this 5-TH day of September, 2013.


United States Magistrate Judge